NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HERBERT E. GREGORY,**
*Petitioner,*

v.

**GENERAL SERVICES ADMINISTRATION,**
*Respondent.*

---

2011-3178

---

Petition for review of the Merit Systems Protection Board in case no. DC0731110018-I-1.

---

## ON MOTION

---

## ORDER

Herbert E. Gregory moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUL 1 9 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Herbert E. Gregory
      Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 1 9 2011**

**JAN HORBALY**
**CLERK**